# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2212
Lower Tribunal No. 2024-DR-006167

_____

JUAN AMAURIS ROMERO,

Appellant,

v.

JASI KARINE ROMERO GONZALEZ,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

August 29, 2025

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Juan Amauris Romero, Pembroke Pines, pro se.

Jasi Karine Romero Gonzalez, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED